**BYRD v. FRANKLIN CTY.**

[368 N.C. 409 (2015)]

AARON BYRD and ERIC COOMBS, Petitioners

v.

FRANKLIN COUNTY, NORTH CAROLINA, Respondent

No. 462A14

Filed 6 November 2015

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 765 S.E.2d 805 (2014), affirming in part and reversing in part an order entered on 24 September 2013 by Judge Robert H. Hobgood in Superior Court, Franklin County. Heard in the Supreme Court on 5 October 2015.

*George B. Currin for petitioner-appellants.*

*Davis, Sturges & Tomlinson, by Aubrey S. Tomlinson, Jr., for respondent-appellee.*

*Williams Mullen, by Camden R. Webb, for Second Amendment Foundation, Inc., amicus curiae.*

PER CURIAM.

For the reasons stated in the dissenting opinion, the decision of the Court of Appeals is reversed.

REVERSED.